FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:      1

| | | |
|---|---|---|
| Case No: | 12-02682    PMG    Judge: PAUL M. GLENN | |
| Case Name: | TELSEVEN, LLC | |
| | | |
| For Period Ending: | 06/30/12    (1st reporting period for this case) | |

| | |
|---|---|
| Trustee Name: | Doreen Abbott |
| Date Filed (f) or Converted (c): | 04/20/12 (f) |
| 341(a) Meeting Date: | 06/01/12 |
| Claims Bar Date: | 08/30/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | CHECKING ACCOUNT  CLOSED 12/2/11 | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. | CHECKING ACCOUNT  WELLS FARGO - CLOSED 8/6/11 | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. | CHECKING ACCOUNT  WELLS FARGO - CLOSED 7/20/12 | 81.73 | 81.73 | | 81.73 | FA |
| 4. | ACCOUNTS RECEIVABLE  Reserve Funds - Billing Services Group (billing agent), 7411 John Smith Drive, Suite 1500, San Antonio, TX 78229  *Funds being held by billing agent or local exchange carrier (LEC) against future charge, backs | 51,600.00 | Unknown | | 0.00 | Unknown |
| 5. | FCC 214 LICENSE (DOMESTIC) | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. | FCC 214 LICENSE (INTERNATIONAL) | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. | CUSTOMER LIST  Past Caller List (Phone #s ONLY) (*list in possession of vendors)  This list is confidential under the FCC Customer Proprietary Network Information (CPNI) Rules. | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. | CUSTOMER LIST  Refund List | 0.00 | 0.00 | DA | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Case No:      12-02682      PMG    Judge: PAUL M. GLENN

Case Name:    TELSEVEN, LLC

Trustee Name:                        Doreen Abbott

Date Filed (f) or Converted (c):    04/20/12 (f)

341(a) Meeting Date:                06/01/12

Claims Bar Date:                    08/30/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| This list is confidential under the FCC Customer Proprietary Network Information (CPNI) Rules. | | | | | |
| 9. OFFICE EQUIPMENT | 350.00 | Unknown | | 0.00 | Unknown |

TOTALS (Excluding Unknown Values)

$52,031.73          $81.73                                $81.73

Gross Value of Remaining Assets

$0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTOR OPERATED AN TELEPHONE INFORMATION SERVICE

POSSIBLE ONGOING LAWSUITS WITH STATE OF CALIFORNIA AND/OR THE FCC

ORDER EMPLOYING JAY BROWN SIGNED 6/7/12

6/28/12 NOTICE OF COMPLIANCE WITH SUBPOENA ISSUED BY FCC TO TRUSTEE

Initial Projected Date of Final Report (TFR): 06/01/14          Current Projected Date of Final Report (TFR): 06/01/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

| Case No: | 12-02682  -PMG | | | Trustee Name: | Doreen Abbott |
|---|---|---|---|---|---|
| Case Name: | TELSEVEN, LLC | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******5234  BofA - Money Market Account |
| Taxpayer ID No: | *******8138 | | | | |
| For Period Ending: | 06/30/12 | | | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/12 | | TELSEVEN, LLC<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE  19801 | TURNOVER | 1129-000 | 81.73 | | 81.73 |
| 06/02/12 | 3 | Asset Sales Memo: | CHECKING ACCOUNT  $81.73 | | | | 81.73 |

| Account   *******5234 | | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 2 | Deposits | | 81.73 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ | 81.73 | | | |
| | | | | | | Total | $         0.00 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 0 | Transfers In | | 0.00 | | | |
| | | Total | $ | 81.73 | | | |

LFORM2T4

Ver: 16.06d