UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

TELSEVEN, LLC,                                      Case No.: 3:12-bk-02682-PMG

　　Debtor.                                          Chapter 7
_____/

MOTION FOR FEDERAL RULE OF BANKRUPTCY
PROCEDURE 2004 EXAMINATION OF DEBTOR'S
CORPORATE REPRESENTATIVE, PATRICK BRIAN HINES

Doreen Abbott, Chapter 7 Trustee, a party in interest, by and through her undersigned counsel, pursuant to Fed. R. Bankr. 2004, moves the Court for the entry of an order permitting her to examine the Debtor's Corporate Representative, Patrick Brian Hines, on **Monday, August 6, 2012, at 2:00 p.m.**, at the offices of Akerman Senterfitt, 50 North Laura Street, Suite 3100, Jacksonville, Florida 32202, or such other date and time as may be mutually agreed upon by counsel. Counsel for the Trustee has discussed the date, time, and location of this 2004 examination with counsel for the Debtor and counsel has agreed to the same. The examination of the Debtor's Corporate Representative, Patrick Brian Hines, shall relate to those matters prescribed by Fed. R. Bankr. 2004(b).

Dated: July 25, 2012.　　　　　　　　　　AKERMAN SENTERFITT

　　　　　　　　　　　　　　　　　　　　By: /s/ Jacob A. Brown
　　　　　　　　　　　　　　　　　　　　　　Jacob A. Brown
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 0170038
　　　　　　　　　　　　　　　　　　　　　　Email: jacob.brown@akerman.com
　　　　　　　　　　　　　　　　　　　　　　J.C. Van Lierop, III
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 070975
　　　　　　　　　　　　　　　　　　　　　　Email: johann.vanlierop@akerman.com
　　　　　　　　　　　　　　　　　　　　　　50 North Laura Street, Suite 3100
　　　　　　　　　　　　　　　　　　　　　　Jacksonville, FL 32202
　　　　　　　　　　　　　　　　　　　　　　Telephone: (904) 798-3700
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (904) 798-3730
　　　　　　　　　　　　　　　　　　　　Attorneys for Doreen Abbott, Chapter 7 Trustee

{24566926;1}

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or by United States mail, postage prepaid and properly addressed, this 25th day of July, 2012, to:

Telseven, LLC
Attn: Mr. P. Brian Hines
200 Executive Way
Ponte Vedra Beach, FL 32082

Jason B. Burnett, Esq.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202

Doreen Abbott, Chapter 7 Trustee
P.O. Box 56257
Jacksonville, FL 32241-6257

United States Trustee – JAX13/7
135 W. Central Blvd., Ste. 620
Orlando, FL 32801

                /s/ *Jacob A. Brown*
                Attorney