FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 12-02682 | PMG | Judge: PAUL M. GLENN | Trustee Name: | Doreen Abbott |
|---|---|---|---|---|---|
| Case Name: | TELSEVEN, LLC | | | Date Filed (f) or Converted (c): | 04/20/12 (f) |
| | | | | 341(a) Meeting Date: | 06/01/12 |
| For Period Ending: | 12/31/13 | | | Claims Bar Date: | 08/30/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| CLOSED 12/2/11 | | | | | |
| 2. CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| WELLS FARGO - CLOSED 8/6/11 | | | | | |
| 3. CHECKING ACCOUNT | 81.73 | 81.73 | | 81.73 | FA |
| WELLS FARGO - CLOSED 7/20/12 | | | | | |
| 4. ACCOUNTS RECEIVABLE | 51,600.00 | 51,596.87 | | 51,596.87 | FA |
| Reserve Funds - Billing Services Group (billing agent), 7411 John Smith Drive, Suite 1500, San Antonio, TX 78229 *Funds being held by billing agent or local exchange carrier (LEC) against future charge, backs | | | | | |
| 5. FCC 214 LICENSE (DOMESTIC) | 0.00 | 0.00 | | 0.00 | FA |
| 6. FCC 214 LICENSE (INTERNATIONAL) | 0.00 | 0.00 | | 0.00 | FA |
| 7. CUSTOMER LIST | 0.00 | 0.00 | | 0.00 | FA |
| Past Caller List (Phone #s ONLY) (*list in possession of vendors) This list is confidential under the FCC Customer Proprietary Network Information (CPNI) Rules. | | | | | |
| 8. CUSTOMER LIST | 0.00 | 0.00 | | 0.00 | FA |
| Refund List This list is confidential under the FCC Customer Proprietary Network Information (CPNI) Rules. | | | | | |
| 9. OFFICE EQUIPMENT | 350.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.69 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $52,031.73 | $51,678.60 | | $51,679.29 | $0.00 |

(Total Dollar Amount in Column 6)

LFORM1

Ver: 17.04c

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | |
|---|---|
| Case No: 12-02682   PMG   Judge: PAUL M. GLENN | Trustee Name: Doreen Abbott |
| Case Name: TELSEVEN, LLC | Date Filed (f) or Converted (c): 04/20/12 (f) |
| | 341(a) Meeting Date: 06/01/12 |
| | Claims Bar Date: 08/30/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTOR OPERATED AN TELEPHONE INFORMATION SERVICE

POSSIBLE ONGOING LAWSUITS WITH STATE OF CALIFORNIA AND/OR THE FCC

ORDER EMPLOYING JAY BROWN SIGNED 6/7/12

6/28/12 NOTICE OF COMPLIANCE WITH SUBPOENA ISSUED BY FCC TO TRUSTEE

8/7/12 OBJECTION TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION'S MOTION TO DETERMINE THE AUTOMATIC STAY'S

INAPPLICABILITY OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY FILED BY JAY BROWN FOR ESTATE

NOTICE OF PRELIMINARY HEARING SET FOR 9/17/12

ORDER GRANTING MOTION FOR TURNOVER OF PROPERTY RE ALL FUNDS AND DOCUMENTS HELD BY BILLING SERVICES GROUP, LLC - SIGNED 8/29/12

9/17/12 ORDER GRANTING RELIEF FROM STAY RE CALIFORNIA PUBLIC UTILITIES COMMISSION

7/19/13 NOTICE OF ABANDONMENT SERVED

FORMS 1 AND 2 TO STEVE VANDERWILT FOR FINAL TAX RETURN

PREPARE TFR

Initial Projected Date of Final Report (TFR): 06/01/14      Current Projected Date of Final Report (TFR): 06/01/14

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-02682 -PMG | | Trustee Name: | Doreen Abbott |
|---|---|---|---|---|
| Case Name: | TELSEVEN, LLC | | Bank Name: | Bank of Kansas City |
| | | | Account Number / CD #: | *******1304  Checking Account |
| Taxpayer ID No: | *******8138 | | | |
| For Period Ending: | 12/31/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/26/13 | | Trsf In From East West Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 51,327.75 | | 51,327.75 |

| Account *******1304 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| | 0 | Adjustments In | 0.00 | | Total | $ 0.00 |
| | 1 | Transfers In | 51,327.75 | | | |
| | | Total | $ 51,327.75 | | | |

LFORM2T4

Ver: 17.04c

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-02682 -PMG | | Trustee Name: | Doreen Abbott |
| Case Name: | TELSEVEN, LLC | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******0685  Checking Account |
| Taxpayer ID No: | *******8138 | | | |
| For Period Ending: | 12/31/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 51,583.79 | | 51,583.79 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 51,568.79 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 63.42 | 51,505.37 |
| 03/06/13 | | Doreen Abbott Bankruptcy Trustee P. O. Box 56257 Jacksonville, FL 32241-6257 | BOND PREMIUM - 2013 | 2300-000 | | 54.08 | 51,451.29 |
| 05/17/13 | | Transfer to Acct #*******1058 | Transfer Funds | 9999-000 | | 51,451.29 | 0.00 |

| Account *******0685 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 132.50 |
| | | | 1 | Transfers Out | 51,451.29 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 51,583.79 |
| 1 | Transfers In | 51,583.79 | | | |
| | Total | $ 51,583.79 | | | |

LFORM2T4

Ver: 17.04c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 12-02682 -PMG | | Trustee Name: | Doreen Abbott |
| --- | --- | --- | --- | --- |
| Case Name: | TELSEVEN, LLC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5234  BofA - Money Market Account |
| Taxpayer ID No: | *******8138 | | | |
| For Period Ending: | 12/31/13 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/12 | | TELSEVEN, LLC<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE  19801 | TURNOVER | 1129-000 | 81.73 | | 81.73 |
| 06/02/12 | 3 | Asset Sales Memo: | CHECKING ACCOUNT  $81.73 | | | | 81.73 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.11 | 81.62 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.10 | 81.52 |
| 09/05/12 | | AKERMAN SENTERFITT, PA | TURNOVER | 1121-000 | 51,596.87 | | 51,678.39 |
| 09/05/12 | 4 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $51,596.87 | | | | 51,678.39 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 51,678.68 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.27 | 51,638.41 |
| 10/29/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.40 | | 51,638.81 |
| 10/29/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 55.02 | 51,583.79 |
| 10/29/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 51,583.79 | 0.00 |

| Account *******5234 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 4 | Deposits | 51,678.60 | 0 | Checks | 0.00 |
| | 2 | Interest Postings | 0.69 | 4 | Adjustments Out | 95.50 |
| | | | | 1 | Transfers Out | 51,583.79 |
| | | Subtotal | $ 51,679.29 | | | |
| | | | | | Total | $ 51,679.29 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 51,679.29 | | | |

LFORM2T4

Ver: 17.04c

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-02682 -PMG | Trustee Name: | Doreen Abbott |
| Case Name: | TELSEVEN, LLC | Bank Name: | East West Bank |
| | | Account Number / CD #: | *******1058  Checking Account |
| Taxpayer ID No: | *******8138 | | |
| For Period Ending: | 12/31/13 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/13 | | Transfer from Acct #*******0685 | Transfer Funds | 9999-000 | 51,451.29 | | 51,451.29 |
| 06/03/13 | | EAST WEST BANK | BANK SERVICE FEE | 2600-000 | | 42.14 | 51,409.15 |
| 07/02/13 | | EAST WEST BANK | BANK SERVICE FEE | 2600-000 | | 81.40 | 51,327.75 |
| 07/26/13 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 51,327.75 | 0.00 |

| Account *******1058 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 2 | Adjustments Out | 123.54 |
| | | | | 1 | Transfers Out | 51,327.75 |
| | | Subtotal | $ 0.00 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 51,451.29 |
| | 1 | Transfers In | 51,451.29 | | | |
| | | Total | $ 51,451.29 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 4 | Deposits | 51,678.60 | 0 | Checks | 0.00 |
| | 2 | Interest Postings | 0.69 | 9 | Adjustments Out | 351.54 |
| | | | | 3 | Transfers Out | 154,362.83 |
| | | Subtotal | $ 51,679.29 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 154,714.37 |
| | 3 | Transfers In | 154,362.83 | | | |
| | | Total | $ 206,042.12 | | Net Total Balance | $ 51,327.75 |

LFORM2T4

Ver: 17.04c