**UNITED STATES BANKRUPTCY COURT**
MIDDLE **DISTRICT OF** FLORIDA
JACKSONVILLE **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TELSEVEN, LLC | § | Case No. 12-02682 PMG |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/20/2012 . The undersigned trustee was appointed on 04/20/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized gross receipts of     $    51,679.29

        Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 54.08 |
| Bank service fees | 297.46 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 51,327.75 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  08/30/2012  and the deadline for filing governmental claims was  10/17/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,833.96 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,833.96 , for a total compensation of $ 5,833.96 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 193.24 , for total expenses of $ 193.24 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/28/2015               By: /s/Doreen Abbott, Bankruptcy Trustee
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No:     12-02682    PMG    Judge: PAUL M. GLENN
Case Name:   TELSEVEN, LLC

For Period Ending: 09/28/15

Trustee Name:              Doreen Abbott, Bankruptcy Trustee
Date Filed (f) or Converted (c):   04/20/12 (f)
341(a) Meeting Date:       06/01/12
Claims Bar Date:           08/30/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| CLOSED 12/2/11 | | | | | |
| 2. CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| WELLS FARGO - CLOSED 8/6/11 | | | | | |
| 3. CHECKING ACCOUNT | 81.73 | 81.73 | | 81.73 | FA |
| WELLS FARGO - CLOSED 7/20/12 | | | | | |
| 4. ACCOUNTS RECEIVABLE | 51,600.00 | 51,596.87 | | 51,596.87 | FA |
| Reserve Funds - Billing Services Group (billing agent), 7411 John Smith Drive, Suite 1500, San Antonio, TX 78229 *Funds being held by billing agent or local exchange carrier (LEC) against future charge, backs | | | | | |
| 5. FCC 214 LICENSE (DOMESTIC) | 0.00 | 0.00 | | 0.00 | FA |
| 6. FCC 214 LICENSE (INTERNATIONAL) | 0.00 | 0.00 | | 0.00 | FA |
| 7. CUSTOMER LIST | 0.00 | 0.00 | | 0.00 | FA |
| Past Caller List (Phone #s ONLY) (*list in possession of vendors) This list is confidential under the FCC Customer Proprietary Network Information (CPNI) Rules. | | | | | |
| 8. CUSTOMER LIST | 0.00 | 0.00 | | 0.00 | FA |
| Refund List This list is confidential under the FCC Customer Proprietary Network Information (CPNI) Rules. | | | | | |
| 9. OFFICE EQUIPMENT | 350.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.69 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)        $52,031.73        $51,678.60        $51,679.29        $0.00
(Total Dollar Amount in Column 6)

LFORM1    UST Form 101-7-TFR (5/1/2011) (Page: 3)                                                         Ver: 18.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-02682    PMG    Judge: PAUL M. GLENN | Trustee Name: Doreen Abbott, Bankruptcy Trustee |
| Case Name: | TELSEVEN, LLC | Date Filed (f) or Converted (c): 04/20/12 (f) |
| | | 341(a) Meeting Date: 06/01/12 |
| | | Claims Bar Date: 08/30/12 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTOR OPERATED AN TELEPHONE INFORMATION SERVICE
POSSIBLE ONGOING LAWSUITS WITH STATE OF CALIFORNIA AND/OR THE FCC
ORDER EMPLOYING JAY BROWN SIGNED 6/7/12
6/28/12 NOTICE OF COMPLIANCE WITH SUBPOENA ISSUED BY FCC TO TRUSTEE
8/7/12 OBJECTION TO THE CALIFORNIA PUBLIC UTILITIES COMMISSION'S MOTION TO DETERMINE THE AUTOMATIC STAY'S
INAPPLICABILITY OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY FILED BY JAY BROWN FOR ESTATE
NOTICE OF PRELIMINARY HEARING SET FOR 9/17/12
ORDER GRANTING MOTION FOR TURNOVER OF PROPERTY RE ALL FUNDS AND DOCUMENTS HELD BY BILLING SERVICES GROUP, LLC - SIGNED 8/29/12
9/17/12 ORDER GRANTING RELIEF FROM STAY RE CALIFORNIA PUBLIC UTILITIES COMMISSION
7/19/13 NOTICE OF ABANDONMENT SERVED
ORDER EMPLOYING STEVEN VANDERWILT AS ACCOUNTANT SIGNED 6/26/14
9/14/14 UPDATED FORMS 1 AND 2 TO STEVE VANDERWILT FOR FINAL TAX RETURN
PREPARE TFR AFTER ESTATE TAX RETURNS FILED, IF NEEDED


Initial Projected Date of Final Report (TFR): 06/01/14    Current Projected Date of Final Report (TFR): 09/28/15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-02682 -PMG | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
|---|---|---|---|
| Case Name: | TELSEVEN, LLC | Bank Name: | Bank of Kansas City |
| | | Account Number / CD #: | *******1304  Checking Account |
| Taxpayer ID No: | *******8138 | | |
| For Period Ending: | 09/28/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/26/13 | | Trsf In From East West Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 51,327.75 | | 51,327.75 |

```
Account *******1304     Balance Forward         0.00
                     0  Deposits                0.00     0  Checks              0.00
                     0  Interest Postings       0.00     0  Adjustments Out     0.00
                                                         0  Transfers Out       0.00
                        Subtotal          $     0.00
                                                            Total         $     0.00
                     0  Adjustments In          0.00
                     1  Transfers In       51,327.75

                        Total          $   51,327.75
```

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 12-02682 -PMG | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
|---|---|---|---|
| Case Name: | TELSEVEN, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******0685 Checking Account |
| Taxpayer ID No: | *******8138 | | |
| For Period Ending: | 09/28/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 51,583.79 | | 51,583.79 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 51,568.79 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 63.42 | 51,505.37 |
| 03/06/13 | | Doreen Abbott<br>Bankruptcy Trustee<br>P. O. Box 56257<br>Jacksonville, FL  32241-6257 | BOND PREMIUM - 2013 | 2300-000 | | 54.08 | 51,451.29 |
| 05/17/13 | | Transfer to Acct #*******1058 | Transfer Funds | 9999-000 | | 51,451.29 | 0.00 |

| Account *******0685 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 132.50 |
| | Subtotal | $ 0.00 | 1 | Transfers Out | 51,451.29 |
| 0 | Adjustments In | 0.00 | | Total | $ 51,583.79 |
| 1 | Transfers In | 51,583.79 | | | |
| | Total | $ 51,583.79 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 18.05

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-02682 -PMG | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
|---|---|---|---|
| Case Name: | TELSEVEN, LLC | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******5234  BofA - Money Market Account |
| Taxpayer ID No: | *******8138 |  |  |
| For Period Ending: | 09/28/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/02/12 |  | TELSEVEN, LLC | TURNOVER | 1129-000 | 81.73 |  | 81.73 |
|  |  | 1000 N. WEST STREET, SUITE 1200 |  |  |  |  |  |
|  |  | WILMINGTON, DE  19801 |  |  |  |  |  |
| 06/02/12 | 3 |   Asset Sales Memo: | CHECKING ACCOUNT  $81.73 |  |  |  | 81.73 |
| 07/31/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 0.11 | 81.62 |
| 08/31/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 0.10 | 81.52 |
| 09/05/12 |  | AKERMAN SENTERFITT, PA | TURNOVER | 1121-000 | 51,596.87 |  | 51,678.39 |
| 09/05/12 | 4 |   Asset Sales Memo: | ACCOUNTS RECEIVABLE  $51,596.87 |  |  |  | 51,678.39 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 |  | 51,678.68 |
| 09/28/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 40.27 | 51,638.41 |
| 10/29/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.40 |  | 51,638.81 |
| 10/29/12 |  | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 |  | 55.02 | 51,583.79 |
|  |  | 901 MAIN STREET |  |  |  |  |  |
|  |  | 10TH FLOOR |  |  |  |  |  |
|  |  | DALLAS, TX  75283 |  |  |  |  |  |
| 10/29/12 |  | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 |  | 51,583.79 | 0.00 |

| Account  *******5234 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 4 | Deposits | 51,678.60 | 0 | Checks | 0.00 |
| 2 | Interest Postings | 0.69 | 4 | Adjustments Out | 95.50 |
|  |  |  | 1 | Transfers Out | 51,583.79 |
|  | Subtotal | $ 51,679.29 |  |  |  |
|  |  |  |  | Total | $ 51,679.29 |
| 0 | Adjustments In | 0.00 |  |  |  |
| 0 | Transfers In | 0.00 |  |  |  |
|  | Total | $ 51,679.29 |  |  |  |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 12-02682 -PMG | | Trustee Name: | Doreen Abbott, Bankruptcy Trustee |
|---|---|---|---|---|
| Case Name: | TELSEVEN, LLC | | Bank Name: | East West Bank |
| | | | Account Number / CD #: | *******1058  Checking Account |
| Taxpayer ID No: | *******8138 | | | |
| For Period Ending: | 09/28/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/13 | | Transfer from Acct #*******0685 | Transfer Funds | 9999-000 | 51,451.29 | | 51,451.29 |
| 06/03/13 | | EAST WEST BANK | BANK SERVICE FEE | 2600-000 | | 42.14 | 51,409.15 |
| 07/02/13 | | EAST WEST BANK | BANK SERVICE FEE | 2600-000 | | 81.40 | 51,327.75 |
| 07/26/13 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 51,327.75 | 0.00 |

```
Account  *******1058     Balance Forward       0.00
                      0   Deposits             0.00      0   Checks               0.00
                      0   Interest Postings    0.00      2   Adjustments Out    123.54
                                                         1   Transfers Out   51,327.75
                          Subtotal         $   0.00
                                                             Total         $ 51,451.29
                      0   Adjustments In       0.00
                      1   Transfers In    51,451.29

                          Total          $ 51,451.29


Report Totals            Balance Forward       0.00
                      4   Deposits        51,678.60       0   Checks               0.00
                      2   Interest Postings    0.69       9   Adjustments Out    351.54
                                                          3   Transfers Out  154,362.83
                          Subtotal      $ 51,679.29
                                                             Total        $ 154,714.37
                      0   Adjustments In      0.00
                      3   Transfers In   154,362.83

                          Total        $ 206,042.12       Net Total Balance  $ 51,327.75
```

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM2T4

Ver: 18.05

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 28, 2015 |
|---|---|---|---|---|---|---|

Case Number: 12-02682  
Debtor Name: TELSEVEN, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | Steven M. Vanderwilt<br>9940 Hood Road<br>Jacksonville, Florida  32257 | Administrative | | $1,155.25 | $0.00 | $1,155.25 |
| 001<br>3210-00 | Jacob A. Brown<br>of Akerman LLP<br>50 North Laura Street, Suite 3100<br>Jacksonville, FL  32202-3646 | Administrative | | $16,487.83 | $0.00 | $16,487.83 |
| 000001<br>070<br>7100-00 | ACCESS PUBLIC RELATIONS<br>31 W ADAMS STREET<br>SUITE 205<br>JACKSONVILLE, FL 32202 | Unsecured | | $25,000.00 | $0.00 | $25,000.00 |
| 000002<br>070<br>7100-00 | UNIVERSAL SERVICE ADMINISTRATIVE CO.<br>ATTN:DAVID CAPOZZI, ACTING ATTY. GENER<br>2000 L STREET NW, SUITE 200<br>WASHINGTON, DC 20036 | Unsecured | | $1,055,548.41 | $0.00 | $1,055,548.41 |
| 000003<br>070<br>7100-00 | UNIVERSAL SERVICE ADMINISTRATIVE CO.<br>ATTN:DAVID CAPOZZI, ACTING ATTY. GENER<br>2000 L STREET NW, SUITE 200<br>WASHINGTON, DC 20036 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000004<br>070<br>7100-00 | BELLSOUTH TELECOMMUNICATIONS, INC.<br>% AT&T SERVICES, INC<br>JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Unsecured | | $81.21 | $0.00 | $81.21 |
| 000005<br>070<br>7100-00 | MANATT PHELPS & PHILLIPS LLP<br>11355 WEST OLYMPIC BLVD.<br>LOS ANGELES, CA 90064 | Unsecured | | $21,692.44 | $0.00 | $21,692.44 |
| 000006<br>070<br>7100-00 | NOSSAMAN, LLP<br>777 SOUTH FIGUEROA STREET<br>34TH FLOOR<br>LOS ANGELES, CA 90017 | Unsecured | | $129,543.17 | $0.00 | $129,543.17 |
| 000007<br>070<br>7100-00 | SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | Unsecured | | $188,074.23 | $0.00 | $188,074.23 |
| 000008<br>070<br>7100-00 | NEUSTAR, INC.<br>21575 RIDGETOP CIRCLE<br>STERLING, VA 20166 | Unsecured | | $3,538.10 | $0.00 | $3,538.10 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 28, 2015 |

Case Number: 12-02682  
Debtor Name: TELSEVEN, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | CALIFORNIA PUBLIC UTILITIES COMMISSION C/O BRIAN S. HERMANN AND LAUREN SHUMEJDA PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019-6064 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000010 070 7100-00 | OFFICE OF GENERAL COUNSEL FEDERAL COMMUNICATIONS COMMISSION SARAH A. STONE 446 12TH ST. SW WASHINGTON, DC 20554 | Unsecured | | $5,668,495.00 | $0.00 | $5,668,495.00 |
| | Case Totals: | | | $7,109,615.64 | $0.00 | $7,109,615.64 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-02682 PMG
Case Name: TELSEVEN, LLC
Trustee Name: Doreen Abbott, Bankruptcy Trustee

| | Balance on hand | $ | 51,327.75 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Doreen Abbott, Bankruptcy Trustee | $ 5,833.96 | $ 0.00 | $ 5,833.96 |
| Trustee Expenses: Doreen Abbott, Bankruptcy Trustee | $ 193.24 | $ 0.00 | $ 193.24 |
| Attorney for Trustee Fees: Jacob A. Brown | $ 15,807.50 | $ 0.00 | $ 15,807.50 |
| Attorney for Trustee Expenses: Jacob A. Brown | $ 680.33 | $ 0.00 | $ 680.33 |
| Accountant for Trustee Fees: Steven M. Vanderwilt | $ 1,130.50 | $ 0.00 | $ 1,130.50 |
| Accountant for Trustee Expenses: Steven M. Vanderwilt | $ 24.75 | $ 0.00 | $ 24.75 |

| | Total to be paid for chapter 7 administrative expenses | $ 23,670.28 |
| | Remaining Balance | $ 27,657.47 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,091,972.56  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ACCESS PUBLIC RELATIONS | $ 25,000.00 | $ 0.00 | $ 97.50 |
| 000002 | UNIVERSAL SERVICE ADMINISTRATIVE CO. | $ 1,055,548.41 | $ 0.00 | $ 4,116.46 |
| 000003 | UNIVERSAL SERVICE ADMINISTRATIVE CO. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | BELLSOUTH TELECOMMUNICATIONS, INC. | $ 81.21 | $ 0.00 | $ 0.31 |
| 000005 | MANATT PHELPS & PHILLIPS LLP | $ 21,692.44 | $ 0.00 | $ 84.60 |
| 000006 | NOSSAMAN, LLP | $ 129,543.17 | $ 0.00 | $ 505.20 |
| 000007 | SULLIVAN & WORCESTER LLP | $ 188,074.23 | $ 0.00 | $ 733.45 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | NEUSTAR, INC. | $ 3,538.10 | $ 0.00 | $ 13.80 |
| 000009 | CALIFORNIA PUBLIC UTILITIES COMMISSION | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010 | OFFICE OF GENERAL COUNSEL | $ 5,668,495.00 | $ 0.00 | $ 22,106.15 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 27,657.47 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE